SMITH v. COMMONWEALTH.

Court of Appeals of Kentucky.

January 20, 1948.

P. H. Vincent and A. W. Mann for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.

Fannie McQUINN, Movant, v. Clay ALEXANDER and Earnest Tuttle, Opposed.

Court of Appeals of Kentucky.

January 30, 1948.

E. E. Bach, J. Douglas Graham and Leeburn Allen for movant.

F. T. Allen, Elmer Roberts and D. Earl Miller opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.